# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

RON SHEA, *individually and on behalf of all others similarly situated* and
ROBERT KELLY, *individually and on behalf of all others similarly situated*

      Plaintiffs

  v.

      Civil Action No. 3:21-cv-86

GENERAL MOTORS LLC

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Damon R. Leichty on a Motion to Dismiss.

DATE: 10/14/2021            GARY T. BELL, CLERK OF COURT

                              by  s/ B. Scheumann _____
                              *Signature of Clerk or Deputy Clerk*